**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Mezaki, individually and as guardian ad litem of Amanda M. Mezaki, Natalie A. Mezaki and Miles Jr. Mezaki, minors,<br><br>   Plaintiff,<br><br>v.<br><br>Eurocopter, et al.,<br><br>   Defendants. | No. CV-06-1218-PCT-DGC<br><br>**SETTLEMENT CONFERENCE ORDER** |

  The undersigned's chambers received a conference call from Eric Strain, counsel for Defendants, and William Wimsat, counsel for Plaintiffs, on May 20, 2008 advising the Court that Defendants' Texas representative has a conflict with the June 5, 2008 Settlement Conference date.

  Pursuant to oral stipulation by counsel,

  **IT IS ORDERED resetting** the Settlement Conference in this matter from June 5, 2008 to **Friday, June 20, 2008 at 1:00 p.m.**

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED affirming** all other Orders contained within the undersigned's Settlement Conference Order (docket #128) except for the date and time of said conference.

DATED this 21st day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge